JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARROCK SAEIDI )<br>)<br>**Plaintiff(s),** )<br>v. )<br>)<br>COUNTRYWIDE HOME LOANS, INC.;)<br>NATIONAL CITY BANK; NATIONAL )<br>HOME EQUITY; BANK OF AMERICA;)<br>AND DOES 1-100 )<br>)<br>**Defendant(s).** )<br>)<br>_____ ) | CASE NO. SACV 09-1131 DOC (MLGx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on December 8, 2009. Plaintiff was ordered to show cause in writing no later than December 22, 2009, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 23, 2009

_____
DAVID O. CARTER
United States District Judge